UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROSE NORRIS**                :        **DOCKET NO. 6:22-CV-05462**

**VERSUS**                     :        **JUDGE DAVID C. JOSEPH**

**AEGIS SECURITY INSURANCE CO.** :      **MAGISTRATE JUDGE LEBLANC**

**REPORT AND RECOMMENDATION**

Before the court is a Joint Motion for Voluntary Dismissal With Prejudice filed by plaintiff Rose Norris and defendant Aegis Security Insurance Company. Doc. 25. The motion has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

Having reviewed the motion, the undersigned finds it a competent expression of the parties' mutual intention to no longer prosecute this case. Accordingly, it is

**RECOMMENDED** that the motion be **GRANTED** and that the above captioned matter against defendant Aegis Security Insurance Company be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

It is further **RECOMMENDED** that the judgment reflect that plaintiff reserves all rights of action against her prior counsel, McClenny, Moseley & Associates, PLLC as well as the resolution of the attorneys' fees, expense, and costs issues.

Under the provisions of 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections

within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

  **THUS DONE AND SIGNED** in chambers this 2nd day of August, 2024.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE